UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

United States of America  
ex rel. Byron Anderson, et al.,

        Plaintiffs,

vs.

Minnesota Dept. of Human Services, et al.,

        Defendants.

Civil No. 23-1987 (PJS/LIB)

ORDER ADOPTING
REPORT AND RECOMMENDATION

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. The Short Letter's Brief request for an "Ex Parte Temporary Restraining Order" [Docket No. 15] is **DENIED**.

DATED: September 5, 2024  
At Minneapolis, Minnesota

s/Patrick J. Schiltz_____  
Patrick J. Schiltz, Judge  
United States District Court