UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| United States of America ex rel.,<br>Byron Anderson, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>Minnesota Dept. of Human Services, et al.,<br><br>        Defendants. | Civil No. 23-1987 (PJS/LIB)<br><br>ORDER ADOPTING<br>REPORT AND RECOMMENDATION |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The United States has filed a Consent to Dismissal without prejudice of this action. ECF No. 25. Based upon this Consent and the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, **IT IS ORDERED THAT**:

1. This action is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 41(b) for failure to prosecute; and

2. Relator Byron Anderson's Application to Proceed in District Court Without Prepaying Fees or Costs, [ECF No. 14], is **DENIED as moot**.

DATED: October 25, 2024　　　　　　　　　　s/Patrick J. Schiltz_____
At Minneapolis, Minnesota　　　　　　　　　Patrick J. Schiltz, Chief Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court